**Order entered June 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00677-CV

### IN RE LIONEL MACK, Relator

**Original Proceeding from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F1024621-X**

## ORDER

Based on the Court's opinion of this date we **DENY** realtor's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
         JUSTICE